IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH FLOYD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED,<br><br>Defendant. | Case No. 21-cv-525-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order dated January 24, 2022 and the lack of filing of an amended complaint by February 23, 2022 (Doc. 21), judgment is entered in favor of Defendant. This action is **DISMISSED** with prejudice, each party to bear own costs.

DATED: March 2, 2022

MONICA A. STUMP,
Clerk of Court

By: s/ *Jackie Muckensturm*
Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
STEPHEN P. MCGLYNN
U.S. District Judge